GOLD BENNETT CERA & SIDENER LLP
STEVEN O. SIDENER (State Bar No. 121062)
JOSEPH M. BARTON (State Bar No. 188441)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: ssidener@gbcslaw.com
Email: jbarton@gbcslaw.com

KILE GOEKJIAN REED & MCMANUS, PLLC
JOEL DAVIDOW
1200 New Hampshire Ave., NW
Suite 570
Washington, DC 20036
Telephone: (202) 659-8000
Facsimile: (202) 659-8822

Attorneys for Plaintiffs North American Rubber
Thread Co., Inc., Globe Manufacturing Co., Inc. and
All Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN RUBBER THREAD CO., INC. and GLOBE MANUFACTURING CO., INC., | Case No. C-05-2602 MJJ |
| Plaintiffs, | Granted |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| BAYER A.G.; BAYER CORPORATION; RHEIN CHEMIE RHEINAU GMBH; and RHEIN CHEMIE CORPORATION, | |
| Defendants. | |

1      PLEASE TAKE NOTICE that plaintiffs North American Rubber Thread Co., Inc. and

2   Globe Manufacturing Co., Inc., through their undersigned counsel and pursuant to Rule 41(a)(1)

3   of the Federal Rules of Civil Procedure, hereby voluntarily dismiss their Complaint filed on June

4   27, 2005 as to all defendants.  Defendants have neither served an Answer nor a motion for

5   summary judgment upon plaintiffs.

6   Dated: September 21, 2005                    Respectfully Submitted,

7                                                GOLD BENNETT CERA & SIDENER LLP

8

9                                                By: _____

10                                                       Joseph M. Barton

11  KILE GOEKJIAN REED & MCMANUS, PLLC
    JOEL DAVIDOW
12  1200 New Hampshire Ave, NW
    Suite 570
13  Washington, DC 20036
    Telephone: (202) 659-8000
    Facsimile: (202) 659-8822
14
    Counsel for Plaintiffs and All Others
15  Similarly Situated

16

17

18

19  9/30/2005                     Judge Martin J. Jenkins

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I, Carie Loder, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On September 21, 2005, I served a copy of the aforementioned **"NOTICE OF VOLUNTARY DISMISSAL"** which was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

Executed on September 21, 2005, at San Francisco, California.

_Carie Loder_
Carie Loder

CERTIFICATE OF SERVICE - Case No. C-05-2602 MJJ